DECEMBER 26, 1978

No. 78–688. SAMMONS, DBA SAMMONS TRUCKING, ET AL. *v.* SCHINDELE ET AL. Appeal from Sup. Ct. Minn. dismissed under this Court's Rule 60.

JANUARY 8, 1979

No. 78–580. GARCIA ET AL. *v.* UVALDE COUNTY ET AL.; and No. 78–731. UNITED STATES *v.* UVALDE COUNTY ET AL. Affirmed on appeal from D. C. W. D. Tex. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would note probable jurisdiction and set cases for oral argument. Reported below: 455 F. Supp. 101.

No. 77–1567. BUCK *v.* HUNTER ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. MR. JUSTICE BRENNAN would note probable jurisdiction and set case for oral argument.

No. 78–343. GRADY ET AL. *v.* McLEAN. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied

No. 78–5508. DREW *v.* LOUISIANA. Appeal from Sup. Ct. La. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–5660. BELL *v.* CHURCH ET AL. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.